

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00219-CV

**IN THE ESTATE OF RENE HURON**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2022-PC-00794
Honorable Veronica Vasquez, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we AFFIRM the April 4, 2022 Corrected Temporary Injunction and Order Setting Case for Trial. We ORDER appellant to pay the costs of this appeal.

SIGNED February 15, 2023.

_____
Beth Watkins, Justice